# CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

FILED

2026 APR 16 A 8:58

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

Sanaa Maddah,

Plaintiff,

v.

Alexandria Police Department,

Unknown Police Officers (John Does 1–10),

Defendants.

Civil Action No. 1:26-cv-1040-RDA - WBP

---

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

## I. PARTIES

1. Plaintiff Sanaa Maddah is an individual currently residing in Washington, D.C.
2. Defendant Alexandria Police Department is a law enforcement agency operating in Alexandria, Virginia.
3. Defendants John Does 1–10 are police officers employed by the Alexandria Police Department whose identities are currently unknown.

---

## II. JURISDICTION

4. This action arises under the Constitution and laws of the United States.
5. This Court has jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1343.
6. This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's civil rights.

---

## III. FACTUAL ALLEGATIONS

7. On December 21, 2020, Plaintiff encountered police officers in Alexandria, Virginia.
8. During this encounter, Plaintiff was arrested and subjected to excessive and unreasonable force.
9. Plaintiff suffered severe physical injuries during the incident.
10. Plaintiff was transported to Inova Alexandria Hospital for emergency treatment.
11. As a result of the injuries, Plaintiff's arm was amputated.
12. Plaintiff suffered permanent disability and chronic phantom limb pain.
13. Plaintiff also developed PTSD, depression, anxiety, and panic disorder.
14. Plaintiff has been under ongoing psychiatric treatment since the incident.
15. Plaintiff lost her career and ability to work due to the injuries.

---

## IV. EQUITABLE TOLLING

16. Plaintiff requests equitable tolling of the statute of limitations.
17. Following the December 21, 2020 incident, Plaintiff suffered catastrophic injuries including amputation and severe trauma.
18. Plaintiff was diagnosed with PTSD, major depressive disorder, panic disorder, and chronic phantom limb pain.
19. Plaintiff has remained in psychiatric treatment since the incident.
20. These conditions significantly impaired Plaintiff's ability to manage legal affairs.
21. Plaintiff diligently attempted to seek legal assistance but was unable to obtain representation.
22. Plaintiff received police records related to the incident in 2025.

23. The delay in obtaining records further prevented timely filing.
24. Extraordinary circumstances justify equitable tolling.

---

# V. CLAIM FOR RELIEF

(Excessive Force – Fourth Amendment)

25. Defendants used excessive force against Plaintiff.
26. The force used was unreasonable and unconstitutional.
27. Defendants' actions caused severe bodily injury including amputation.
28. Defendants acted under color of state law.
29. Plaintiff suffered damages as a result.

---

# VI. DAMAGES

30. Plaintiff suffered:

- loss of arm
- permanent disability
- severe pain
- PTSD
- emotional distress
- medical expenses
- lost career
- loss of income

---

# VII. RELIEF REQUESTED

Plaintiff respectfully requests:

A. Compensatory damages

B. Punitive damages

C. Costs of litigation

D. Any further relief the Court deems appropriate

---

Respectfully submitted, 04/16/2026

Sanaa Maddah

2939 Van Ness Street NW

Washington, DC 20008

Respectfully submitted,

Sanaa Maddah

[Your address]

[Phone number]

Date: 04/16/2026

Signature: ____________

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
____________________ DIVISION

Sanaa Haddah
Plaintiff(s),

v.

Civil Action Number: ____________________

~~Sanaa Haddah~~ Virginia Alexandria Police
Defendant(s),

LOCAL RULE 83.1 (N) CERTIFICATION

**I declare under penalty of perjury that:**

No attorney has prepared or assisted in the preparation of Civil Rights Complaint.
(Title of Document)

Sanaa Haddah
Name of *Pro Se* Party (Print or Type)

SH
Signature of *Pro Se* Party

Executed on: 04/16/2026 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of ____________________.
(Title of Document)

____________________
(Name of Attorney)

____________________
(Address of Attorney)

____________________
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

____________________
(Name of *Pro Se* Party (Print or Type)

____________________
Signature of *Pro Se* Party

Executed on: ____________________ (Date)